# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**SKYLAR V. TRUMBO** | **INITIAL APPEARANCE/ARRAIGNMENT AND PLEA MINUTES**<br><br>CASE NUMBER **25-CR-8** |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding<br>Deputy Clerk: Ross M.<br>Hearing Held: February 26, 2025 at 11:00 a.m. | Court Reporter: Liberty<br>Hearing Began: 11:02 a.m.<br>Hearing Ended: 11:12 a.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
Skylar V. Trumbo, in person, and by: Joshua Uller      ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None   ☐ Sworn

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | May 7, 2025 | District Judge: | J P Stadtmueller |
| Final Pretrial Conf.: | TO BE SET | Bond Judge: | Nancy Joseph |
| Jury Trial Date: | TO BE SET | Magistrate Judge: | Stephen Dries |
| Trial Length Estimate: | 2 weeks | | |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: first round in next two weeks

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted ☐ Denied
  ☐ Referred to Stephen Dries
☐ Case designated complex
☑ Counsel Only Scheduling Conference: February 28, 2025 at 10:00 a.m. before Magistrate Judge Stephen Dries

Maximum Penalties:
**Count 1** – INC: 20 years; FINE: $1,000,000; SR: mandatory minimum 3 years-life; SA: $100.
Forfeiture Notice.
**Bond Status:**
☑   Defendant is released on:   ☑ O/R bond   ☑ *See* Order Setting Conditions of Release

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings