# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Dennise Moreno
Tom Phillip
Joshua D. Uller
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

October 30, 2025

Honorable J.P. Stadtmueller
U.S. District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States v. Skylar Trumbo*
    Case No. 25-cr-8

Dear Judge Stadtmueller,

Attorney Joshua Uller represents Mr. Trumbo in the above matter. Attorney Uller will be leaving Federal Defender Services of Wisconsin, Inc. on October 31, 2025, to enter private practice.

For continuity of representation, we would like to appoint Attorney Uller as CJA counsel to represent Mr. Trumbo in this matter. I'd ask that a Text Only Order be entered appointing Attorney Uller as CJA counsel as of November 1, 2025.

Please let me know if you have any questions. Thank you.

Sincerely,

*/s/ Craig W. Albee*
Craig W. Albee
Federal Defender